IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BLANCHE A. BROWN, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | NO. 17-1551 |
| UNITED STATES, ET AL., | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 6th day of February, 2018, upon consideration of Defendants' Motion to Dismiss Plaintiff's Complaint (Doc. No. 6), Plaintiff's Response in Opposition and Counter-motion for Summary Judgment (Doc. No. 9), Defendants' Reply and Response in Opposition to the Counter-motion (Doc. No. 10), and Plaintiff's Reply (Doc. No. 11), it is hereby **ORDERED** as follows:

1. Defendants' Motion to Dismiss (Doc. No. 6) is **GRANTED IN PART** and **DENIED IN PART**:

    a. Counts 1–3 and 5–14 of the Complaint are dismissed for lack of subject-matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1);

    b. Count 15 of the Complaint is dismissed for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6);

    c. Count 4 of the Complaint is dismissed against all Defendants **EXCEPT** Defendant United States of America.

2. Plaintiff's Counter-motion for Summary Judgment (Doc. No. 9) is **DENIED**.

                                                                 **BY THE COURT:**

                                                                 **/s/ Mitchell S. Goldberg**

                                                                  _____
                                                                 **MITCHELL S. GOLDBERG,   J.**