IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BLANCHE A. BROWN, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | NO. 17-1551 |
| UNITED STATES, et al. | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 21st day of February, 2019, upon consideration of Plaintiff's Motion for Protective Order (Doc. No. 67), Defendants' Motion to Dismiss for Lack of Prosecution and Response to the Motion for Protective Order (Doc. No. 69), and Plaintiff's Response in Opposition to the Motion to Dismiss for Lack of Prosecution and Counter-Motion for Default Judgment (Doc. No. 73), it is hereby **ORDERED** that the Motion for Protective Order and Counter-Motion for Default Judgment are **DENIED** and the Motion to Dismiss is **GRANTED**. Plaintiff's Complaint is **DISMISSED WITH PREJUDICE** and the Clerk of Court is directed to mark this case **CLOSED**.

It is further **ORDERED** that Plaintiff's First Motion to Compel Discovery (Doc. No. 68), Third Motion for Recusal (Doc. No. 70), and Motion for Sanctions (Doc. No. 75) are **DENIED AS MOOT**.

BY THE COURT:

/s/ Mitchell S. Goldberg
_____
**MITCHELL S. GOLDBERG,   J.**